# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| CROYDON PLASTICS COMPANY, INC. | : No. 304 MAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| GROEN, LAVESON, GOLDBERG & RUBENSTONE, EDWARD RUBENSTONE & ELLIOT KOLODNY, | : |
| | : |
| | : |
| v. | : |
| | : |
| GARLAND D. CHERRY, JR., ROBERT STUTMAN, WALTER J. TIMBY, JR., R. ERICK CHIZMAR | : |
| | : |
| | : |
| PETITION OF: CROYDON PLASTICS COMPANY, INC. | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.